IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


HOLIDAY HOLDING, LLC,

       Plaintiff,

v.                                  Case No. 19-4116-JWB

GUIDEONE SPECIALTY MUTUAL
INSURANCE COMPANY; and THE
TRAVELERS INDEMNITY COMPANY,

       Defendants.


## MEMORANDUM AND ORDER

This matter is before the court on the Magistrate Judge's Order to Show Cause (Doc. 12) and on Defendants' joint response thereto (Doc. 14.)  The Magistrate Judge pointed out that the notice of removal (Doc. 1) failed to show this court's subject matter jurisdiction under 28 U.S.C. § 1332 because it did not specify the citizenship of Plaintiff's members.   (Doc. 12 at 2.)  *See Siloam Springs Hotel, LLC v. Century Sur. Co.*, 781 F.3d 1233, 1234 (10th Cir. 2015) (an LLC takes the citizenship of all its members).  Defendants' joint response to the order to show cause includes a stipulation signed by all parties which shows that, at the time of removal and currently, all members of Plaintiff are citizens of Pennsylvania. (Doc. 14-1.)   Based on this showing, and the undisputed allegations in the notice of removal that Defendants are citizens of Iowa and Connecticut, respectively, and the amount in controversy exceeds $75,000, the court concludes Defendants have made a proper showing that this court has subject matter jurisdiction over the dispute pursuant to 28 U.S.C. § 1332.  Defendants are therefore discharged from any further obligation under the show cause order.

IT IS SO ORDERED this 19th day of December, 2019.

_____ s/ John W. Broomes_____
JOHN W. BROOMES
UNITED STATES DISTRICT JUDGE