IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HOLIDAY HOLDING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  19-CV-4116-JWB-JPO |
| ) | |
| GUIDEONE SPECIALTY MUTUAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now on this 18th day of September, 2020, the above captioned case comes on for joint stipulation dismissing this lawsuit WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties appear by and through the attorneys signing this Journal Entry.  There are no other appearances.

WHEREUPON, it is by the Court considered, ordered, adjudged and decreed that this lawsuit should be and is hereby dismissed WITH PREJUDICE pursuant to joint stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The costs of this action shall be born by the party incurring the same.


APPROVED BY:

GIBSON WATSON MARINO LLC

  /s/ Justen P. Phelps
Justen P. Phelps, SC #22670
Nolan Wright, SC #27997
301 N. Main, Suite 1300
Wichita, Kansas  67202
Telephone:  (316) 264-7321
Facsimile:  (316) 264-8614
justen@gwmks.com
nolan@gwmks.com
*Attorneys for Plaintiff*

GUIDEONE INSURANCE

 /s/ Merry "Maggie" Tucker
Merry "Maggie" Tucker, #19972
P.O. Box 14503
Des Moines, IA 50306
Telephone: 816-251-4655
Facsimile: 515-267-5431
MTucker@guideone.law
*Attorney for Defendant GuideOne Specialty Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 18th day of September, 2020, the foregoing was electronically filed with the Clerk of the U.S. District Court using the CM/ECF system, which will send notice of electronic filing to all registered attorneys of record.

                                          By: /s/ Justen P. Phelps
                                              Justen P. Phelps, #22670
                                              *Attorneys for Plaintiff*